UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHIRLEY SHULTZ, | ) | 3:09-CV-0259-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 30, 2010 |
| | ) | |
| UNION INTERNATIONAL FOOD COMPANY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The stipulation to allow the Union International Food Company to file an amended third party complaint (#48) is **GRANTED.**

The parties are directed to **FILE** either joint or separate case management reports outlining the status of discovery in this case on or before **Friday, October 15, 2010**. The parties are reminded that the discovery deadline in this case is **December 30, 2010**, dispositive motions are due on **January 30, 2011,** and no extensions of time will be granted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk