UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHIRLEY SHULTZ, | ) | Case No.  3:09-cv-00259-ECR-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| UNION INTERNATIONAL FOOD COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Third-Party Defendant Harris Freeman & Co. filed a notice of withdrawal (#153) of petition compelling arbitration (#87) on September 13, 2011.

    IT IS HEREBY ORDERED that the withdrawal of the petition compelling arbitration (#153) filed on September 13, 2011, is approved.

    Dated this 20th day of September 2011.

_____
EDWARD C. REED, JR.
United States District Judge